**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**CORNERSTONE COMMERCE CENTER**
**1201 NEW ROAD, SUITE 212**
**LINWOOD, NJ**
**(609) 867-7110**
**FAX: (609) 867-7118**

February 17, 2017

**Mailing Address:**

**50 WALNUT STREET**
**ROOM 1001**
**NEWARK, NJ  07102**

**www.njp.uscourts.gov**


Honorable Jerome B. Simandle
Chief United States District Judge
One John F. Gerry Plaza
Fourth & Cooper Streets
Camden, New Jersey  08101


**RE: THAXTON, Ollie Rudolph**
**DOCKET NO: 1:10CR000184-003**
**REQUEST FOR COURT TO APPROVE INTERNATIONAL TRAVEL OF OFFENDER**
**OWING OUTSTANDING RESTITUTION**

Dear Judge Simandle:

As the Court will recall, on August 9, 2012, Ollie Rudolph Thaxton appeared before Your Honor for sentencing relative to her conviction of conspiracy to commit wire fraud. In summary, this offender acted as a recruiter for "straw purchasers" in a mortgage fraud conspiracy. The Court sentenced her to one day of custody, to be followed by a five year term of supervised release. As a condition of her sentence, she was ordered to pay restitution joint and severally with her co-conspirators in the amount of $1,868,249.99, at the rate of no less than $200 per month. Other special conditions of the sentence included a restriction on accumulating new debt and a mental health treatment condition. She was also assessed a $100 Special Assessment.

From onset, due to her relocation to a residence outside of this district, the offender has been supervised by the Probation Office in the Western District of Missouri. According to a recent letter from their district, it is reported that Ms. Thaxton was referred to the lower intensity supervision program called PIVOT.  Their office supports the offender's request for travel due to her lack of any violation activity and compliant record of steady payments.

Specifically, the Probation Office in the Western District of Missouri has submitted for consideration by Your Honor, a request that the offender be permitted to accompany her family on a Caribbean cruise to celebrate her daughter's 50th birthday. It is reported she resides with her daughter and has health issues (the offender is currently 74 years of age) for which she relies on her daughter to provide care for her. Further, it is represented that the offender's daughter has offered to pay the cost of her mother's cruise expense, as an "early birthday gift."

In submitting said request to our office, we asked that an updated Personal Financial Statement be completed by the offender. A review of the statement reveals that the offender has income through pension and social security to support her expenses, with disposable monthly income of

approximately $500. We note that she has maintained a consistent record of monthly restitution payments of $100; however that amount does fall short of the amount set by the Court of payments no less than $200 per month.

The undersigned officer has reviewed this matter in preparation for submitting this request to Your Honor. We note that the offender prepared and submitted a hand-written letter in support of her request that suggests that due to her health issues, she is concerned about being left alone if she were unable to travel as requested. She also detailed that she was hospitalized a number of times last year, causing cancellations of intended plans for her family to travel together at that time. She is hopeful that her health holds out and she is healthy enough to travel with her family as she requests, from April 22, 2017 to April 29, 2017. We are attaching copies of her cruise itinerary and per person cost, along with her letter, for Your Honor's review.

We respectfully recommend, upon consideration of all factors, that the offender be approved to travel with her family as requested. In recommending such approval, we would also ask however, that the offender be compelled to increase all future payments to no less than $200 per month, as she was court-ordered to pay. It would appear, upon a review of her finances, that she has the ability to meet that payment obligation.

Should the Court have any further questions or concerns, the undersigned officer can be reached at (856) 655-1030.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Carolyn S. Johnson
SAO   U.S. Probation Officer

*The Court directs that the following action be taken:*

[ ✓ ] The Court concurs with the recommendation of the probation office, in allowing the defendant to travel as requested, *and enforcing $200 monthly restitution obligation.*   *JBS*

[ ] The Court disapproves the requested travel by the defendant.

[ ] The Court wishes to schedule a hearing on this matter. The date/time shall be _____

[ ] Other

_____
Signature for Judicial Official

JEROME B. SIMANDLE, Chief Judge

February 21, 2017
_____
Date